VIRGIL CROFT, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error.*

Decision Filed August 6, 1921.

A Writ of Error to the Circuit Court for Suwannee County; M. F. Horne, Judge.

*L. E. Roberson,* for Plaintiff in Error;

*Rivers H. Buford,* Attorney General, and *J. B. Gaines,* Assistant Attorney General, for the State.

PER CURIAM.—Croft was convicted and sentenced to life imprisonment on a charge that he did unlawfully and feloniously aid, incite, procure, counsel and hire Eston Lloyd to commit a murder. On writ of error it appears that the testimony is of such a nature that a new trial should be granted.

Reversed.

All concur.